JMM:RPD
F#:2009R01293

**CR 09 825**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 07 2009 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

BARRY STERN,

          Defendant.

- - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No._____
(T. 18, U.S.C., §§ 668(b)(1)
and 3551 et seq.)

**HURLEY, J.**

**TOMLINSON, M**

THE UNITED STATES ATTORNEY CHARGES:

    On or about and between July 1, 2008 and August 1, 2008, both dates being approximate and inclusive, within the Eastern District of New York, the defendant BARRY STERN did knowingly and intentionally steal from the care, custody and control of a museum, to wit: the Hillwood Art Museum of Long Island University, objects of cultural heritage, to wit: nine ancient Egyptian artifacts.

    (Title 18, United States Code, Sections 668(b)(1) and 3551 et seq.)

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK